IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| J.E., et al., | : | CIVIL ACTION |
| | : | NO. 10-2958 |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| BOYERTOWN AREA SCHOOL DISTRICT, | : | |
| | : | |
| Defendant. | : | |

# **O R D E R**

**AND NOW**, this **3rd** day of **February, 2011** for the reasons set forth in the Court's accompanying memorandum dated February 4, 2011, it is **ORDERED** that:

1. Defendant's Motion for Judgment on the Record (doc. no. 23) is **GRANTED.**

2. Plaintiffs' Motion for Judgment on the Record (doc. no. 24) is **DENIED.**

3. As all experts, the Hearing Officer, the Parents, and teaching staff agree that a period of transition is important for J.E. to succeed at the Boyertown Area High School, the parties shall file an agreed upon transition plan by **Friday, February 18, 2011.** If the parties cannot agree on a transition plan for J.E., each party shall file a proposed transition plan

by **Friday, February 18, 2011** for the Court to decide.

**AND IT IS SO ORDERED.**

                                                   S/Eduardo C. Robreno

                                                   **EDUARDO C. ROBRENO, J.**