IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| J.E., et al., | : | CIVIL ACTION |
| | : | NO. 10-2958 |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| BOYERTOWN AREA SCHOOL DISTRICT, | : | |
| | : | |
| Defendant. | : | |

## O R D E R

**AND NOW**, this **1st** day of **September, 2011** for the reasons set forth in the Court's accompanying memorandum dated September 1, 2011, it is **ORDERED** that Plaintiffs' Motions for Temporary Restraining Order and Preliminary Injunction (Doc. Nos. 40 & 42) are **DENIED**.

It is further **ORDERED** that Plaintiffs' Motion for Leave to File (Doc. No. 45) is **DENIED as moot**.[1]

**AND IT IS SO ORDERED.**

S/Eduardo C. Robreno
**EDUARDO C. ROBRENO, J.**

---

[1] However, the Court did review and consider Plaintiffs' reply.